LAW OFFICES OF
# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

December 17, 2009

**VIA OVERNIGHT DELIVERY**
(Original letter filed via CM/ECF)

The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

    Re:   *Himber v. Automobile Club of New York, Inc.*
           (Case No. 09-cv-4143)

Dear Judge Feuerstein:

    This firm represents the Plaintiff in the above-captioned case.

    Pursuant to Your Honor's Individual Rules of Motion Practice, the following document is being served today upon counsel for Defendant Automobile Club of New York, Inc:

    Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, or, Alternatively, to Strike Plaintiff's Class Action Allegation.

    Please do not hesitate to contact us should you have any questions or concerns.

                                      Respectfully submitted,

                                      Daniel A. Edelman (PHV)

Abraham Kleinman
KLEINMAN, LLC
626 RXR Plaza
Uniondale, New York 11556-0626
(516) 522-2621
(888) 522-1692 (FAX)

Daniel A. Edelman (PHV)
Cathleen M. Combs (PHV)

1

                        EDELMAN COMBS LATTURNER
                                  & GOODWIN LLC
                        120 S. LaSalle St. 18th Floor
                        Chicago IL 60603
                        (312) 739-4200
                        (312) 419-0379 (fax)

cc:    Neil A. Capobianco (via U.S. Mail, w/ enclosure)
        Brian S. Cousin (via U.S. Mail, w/ enclosure)
        Abraham Kleinman (via U.S. Mail w/o enclosure)