UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID HIMBER, individually and on behalf of a class, :
:  Case No. 09 Civ. 4143 (SJF)(WDW)
                Plaintiff, :
:
       - against - :
:  **STIPULATION & ORDER**
AUTOMOBILE CLUB OF NEW YORK, INC., and :
DOES 1-10, :
              Defendant. :
------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendant Automobile Club of New York, Inc. to answer is hereby extended to and including August 20, 2010.

Dated: July 20, 2010

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC      SEYFARTH SHAW LLP

By: _____      By: _____
    Cathleen M. Combs                             Neil A. Capobianco
    Dan Edelman

120 South LaSalle Street, Suite 1800      620 Eighth Avenue, Suite 3200
Chicago, IL 60603      New York, New York 10018
(312) 739-4200      (212) 218-5566

                                               *Attorneys for Defendant*
*Attorneys for Plaintiff David Himber*      *Automobile Club of New York, Inc.*

SO ORDERED:

July ___, 2010


_____
Hon. Sandra J. Feuerstein
United States District Judge

12470730v.2