UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID HIMBER, individually and on behalf of a class, :
:   Case No. 09 Civ. 4143 (SJF)(WDW)
              Plaintiff, :
:
     - against - :
:   **STIPULATION & ORDER**
AUTOMOBILE CLUB OF NEW YORK, INC., and :
DOES 1-10, :
             Defendant. :
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendant Automobile Club of New York, Inc. to answer is hereby extended to and including October 8, 2010.

Dated: September 8, 2010

| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | SEYFARTH SHAW LLP |
|---|---|
| By: _____<br>Cathleen M. Combs (PHV)<br>Dan Edelman (PHV) | By: _____<br>Neil A. Capobianco |
| 120 South LaSalle Street, Suite 1800<br>Chicago, IL 60603<br>(312) 739-4200 | 620 Eighth Avenue, Suite 3200<br>New York, New York 10018<br>(212) 218-5566 |
| *Attorneys for Plaintiff David Himber* | *Attorneys for Defendant*<br>*Automobile Club of New York, Inc.* |

SO ORDERED:

September ___, 2010

_____
Hon. Sandra J. Feuerstein
United States District Judge

12470730v.3