

# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** September 14, 2010                **TIME:** 30 minutes

**CASE NUMBER:**   2:09-cv-04143-SJF -WDW

**CASE TITLE:**   Himber v. Automobile Club of New York, Inc. et al

**PLTFFS ATTY:**   Abraham Klienman
 X  present          __ not present

          __ present          __ not present

          __ present          __ not present

**DEFTS ATTY:**   Neil Capobianco
 X  present          __ not present

          __ present          __ not present

          __ present          __ not present

**COURT REPORTER:**          **COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:** _____

 X    CASE CALLED.

 __   ARGUMENT HEARD / CONT'D TO_____.

 __   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Outstanding discovery is respectfully referred to Magistrate Judge Wall as of 9/27/2010 is case is not settled.  A pretrial conference is scheduled before the undersigned on 3/10/2011 at 11:15 am