UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID HIMBER,

        Plaintiff(s),     **SCHEDULING ORDER**

   -against-          CV 09-4143  (SJF) (WDW)

AUTOMOBILE CLUB OF NY., INC.,

        Defendant(s).
---------------------------------------------------------------X
**WALL, Magistrate Judge:**

  District Judge Sandra J. Feuerstein has scheduled a pretrial conference for **March 10, 2011**, and has referred this case to the undersigned to oversee discovery.  The following discovery deadlines have been established to enable the parties to timely complete discovery in compliance with Judge Feuerstein's requirements:

<u>October 1, 2010:</u>   Provision of automatic disclosures pursuant to Rule 26(a)(1).

<u>December 10, 2010:</u>    Motions to join new parties or to amend the pleadings.

<u>February 7, 2011:</u>    Completion of all discovery, inclusive of expert discovery.

<u>February 23, 2011 at 11:00 a.m.:</u>    Pretrial conference before the undersigned.  A joint proposed pretrial order in compliance with Judge Feuerstein's requirements must be electronically filed prior to this conference. The parties are advised to consult Judge Feuerstein's individual rules regarding dispositive motion practice.

  **The parties are further advised that pursuant to Judge Feuerstein's rules, all discovery must be completed and a joint proposed pretrial order submitted at least fifteen days prior to her pretrial conference scheduled for March 10, 2011.  Accordingly, there can be no modification of the above deadlines by the undersigned unless Judge Feuerstein has granted an extension of her pretrial conference date.  Additionally, the parties are advised to review Judge Feuerstein's Individual Rules pertaining to discovery.**

  Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the Individual Rules of both the undersigned and Judge Feuerstein.  Motions that do not comply with all requirements will be returned to the movant.  Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

Dated: Central Islip, New York  **SO ORDERED:**
      September 17, 2010

      /s/ William D. Wall
      WILLIAM D. WALL
      United States Magistrate Judge